**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **AMY C. STELLINGS,**     ) | |
|                                                  ) | |
| **Plaintiff,**     ) | |
|                                                  ) | |
| v.                                             ) | Civil Action No. 3:12-cv-898 |
|                                                  ) | |
| **WELLS FARGO BANK, N.A., et al.,**     ) | |
|                                                  ) | |
| **Defendants.**     ) | |

**NOTICE OF APPEARANCE**

NOW COME Defendant, Wells Fargo Bank, N.A., appearing specially and waiving no rights, by counsel, and give notice that the below-listed attorney will be counsel representing the Defendant in this civil action:

1. Hunter W. Sims, Jr., Esquire (VSB # 09218)
   Kaufman & Canoles, P.C.
   150 West Main Street, Suite 2100
   Norfolk, Virginia  23510
   Phone:  757/624-3272
   Fax:      757/624-3169
   E-Mail:  hwsims@kaufcan.com

- 2 -

Respectfully submitted,

**WELLS FARGO BANK, N.A.**

By: /s/ Hunter W. Sims, Jr.
    Hunter W. Sims, Jr., Esquire (VSB No. 09218)
    E-mail: hwsims@kaufcan.com
    Kaufman & Canoles, P.C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    Phone: 757/624-3000
    Fax: 757/624-3169
    *Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January 2013, a true copy of the foregoing ***Notice of Appearance of Hunter W. Sims, Jr.*** has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to:

Leonard A. Bennett, Esquire
E-mail:  lenbennett@cox.net
Susan M. Rotkis, Esquire
E-mail:  srotkis@clalegal.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA  23601
Phone:  (757) 930-3660
Fax:     (757) 930-3662
***Counsel for Plaintiff Amy C. Stellings***

Thomas R. Breeden, Esquire
E-mail:  trb@tbreedenlaw.com
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA  20109
Phone:  (703) 361-9277
Fax:     (703) 257-2259
***Counsel for Plaintiff Amy C. Stellings***

By:  /s/ Hunter W. Sims, Jr.
Hunter W. Sims, Jr., Esquire (VSB # 02918)
E-mail:  hwsims@kaufcan.com
Terry C. Frank, Esquire (VSB # 74890)
E-mail:  tcfrank@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Phone:  (757) 624-3000
Fax:     (757) 624-3169
***Counsel for Defendant
Wells Fargo Bank, N.A.***