**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **AMY C. STELLINGS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-898 |
| ) | |
| **WELLS FARGO BANK, N.A., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**FINANCIAL INTEREST DISCLOSURE
STATEMENT OF WELLS FARGO BANK, N.A.**

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wells Fargo Bank, N.A. ("Wells Fargo Bank") discloses that Wells Fargo Bank is an indirect subsidiary of Wells Fargo & Company, which is publicly-traded.

| | |
|---|---|
| January 28, 2013 | /s/ Hunter W. Sims, Jr. |
| Date | Signature of Attorney or Litigant |
| | Wells Fargo Bank, N.A. |

*Note: Under LR. 7.1(A)(1), this form is to be filed <u>in duplicate</u> with the Clerk of Court.*
Rev. 7/14/04

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January 2013, a true copy of the foregoing *Financial Interest Disclosure Statement of Wells Fargo Bank, N.A.* has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to:

Leonard A. Bennett, Esquire
E-mail: lenbennett@cox.net
Susan M. Rotkis, Esquire
E-mail: srotkis@clalegal.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
Phone: (757) 930-3660
Fax: (757) 930-3662
*Counsel for Plaintiff Amy C. Stellings*

Thomas R. Breeden, Esquire
E-mail: trb@tbreedenlaw.com
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA 20109
Phone: (703) 361-9277
Fax: (703) 257-2259
*Counsel for Plaintiff Amy C. Stellings*

By: /s/ Hunter W. Sims, Jr.
    Hunter W. Sims, Jr., Esquire (VSB # 02918)
    E-mail: hwsims@kaufcan.com
    Kaufman & Canoles, P.C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    Phone: (757) 624-3000
    Fax: (757) 624-3169
    *Counsel for Defendant*
    *Wells Fargo Bank, N.A.*

        Terry C. Frank, Esquire (VSB No. 74890)
        E-mail:  tcfrank@kaufcan.com
        Kaufman & Canoles, P.C.
        Two James Center
        1021 East Cary Street, Suite 1400
        Richmond, VA 23219-4058
        Phone: (804) 771-5700
        Fax:    (804) 771-5777
        ***Counsel for Defendant***
        ***Wells Fargo Bank, N.A.***

12174550