**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| AMY C. STELLINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-cv-898 |
| | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant, Wells Fargo Bank, N. A. ("Wells Fargo"), by counsel, and moves this Honorable Court for an extension of thirty (30) days within which to respond to the Complaint, to and including Wednesday, March 6, 2013.  The time within which the Defendant has to respond to the Complaint, without this requested extension, has not expired.  The Plaintiff does not object to the requested extension and an agreed order will be submitted to the court for its consideration.

        Respectfully submitted,

        **WELLS FARGO BANK, N.A.**

        By: /s/ Hunter W. Sims, Jr.
            Hunter W. Sims, Jr., Esquire (VSB # 02918)
            E-mail:  hwsims@kaufcan.com
            Kaufman & Canoles, P.C.
            150 West Main Street, Suite 2100
            Norfolk, VA  23510
            Phone:  (757) 624-3000
            Fax:     (757) 624-3169

        Terry C. Frank, Esquire (VSB No. 74890)
        E-mail:  tcfrank@kaufcan.com
        Kaufman & Canoles, P.C.
        Two James Center
        1021 East Cary Street, Suite 1400
        Richmond, VA 23219-4058
        Phone: (804) 771-5700
        Fax:     (804) 771-5777

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of January 2013, a true copy of the foregoing *Motion for Extension of Time* has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to:

Leonard A. Bennett, Esquire
E-mail:  lenbennett@cox.net
Susan M. Rotkis, Esquire
E-mail:  srotkis@clalegal.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA  23601
Phone:  (757) 930-3660
Fax:     (757) 930-3662
*Counsel for Plaintiff Amy C. Stellings*

Thomas R. Breeden, Esquire
E-mail:  trb@tbreedenlaw.com
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA  20109
Phone:  (703) 361-9277
Fax:     (703) 257-2259
*Counsel for Plaintiff Amy C. Stellings*

By: /s/ Hunter W. Sims, Jr.
Hunter W. Sims, Jr., Esquire (VSB # 02918)
E-mail: hwsims@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (757) 624-3169
*Counsel for Defendant*
*Wells Fargo Bank, N.A.*

Terry C. Frank, Esquire (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4058
Phone: (804) 771-5700
Fax: (804) 771-5777
*Counsel for Defendant*
*Wells Fargo Bank, N.A.*

12173198