IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMY C. STELLINGS

    Plaintiff

v.                                       CIVIL NO. 3:12-cv-00898-REP

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and WELLS FARGO BANK,
NATIONAL ASSOCIATION

    Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **AMY C. STELLINGS**, and the Defendant **TRANS UNION, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims *only against* **TRANS UNION, LLC.**, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only against* Defendant **TRANS UNION, LLC.**, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 21 day of March, 2013.

                                                /s/ REP
                                                JUDGE
                                    ROBERT E. PAYNE

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*

_____
Michael Robert Ward, Esquire
Morris & Morris, P.C.
11 South 12th Street
5th Floor
Richmond, Virginia 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
E-mail: mward@morrismorris.com

*Counsel for Defendant Trans Union, LLC.*