UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **KIMBERLY M. STELLINGS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EXPERIAN INFORMATION**<br>**SOLUTIONS, INC.,** *et al.* )<br>)<br>Defendants. ) | Civil Action No. 3:12-cv-898 (REP) |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

Experian PLC is the parent company of Experian; (2) Experian PLC owns 100 percent of Experian; (3) Experian PLC is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian PLC is publicly traded on the London Stock Exchange.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By: /s/ David N. Anthony
    David N. Anthony
    Virginia Bar No. 31696
    *Counsel for Defendant Experian Information Solutions, Inc.*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 22nd day of March, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Thomas Ray Breeden
Thomas R. Breeden PC
10326 Lomond Drive
Manassas, VA 20109
Telephone: 703-361-9277
Facsimile: 703-257-2259
Email: trb@tbreedenlaw.com
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

Hunter Wilmer Sims , Jr.
Kaufman & Canoles PC
150 W Main St
Norfolk, VA 23510
Telephone: 757-624-3000
Email: hwsims@kaufcan.com
*Counsel for Wells Fargo Bank, National Association*

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard., Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone: 804-355-8744
Facsimile: 804-355-8748
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, Inc.*

Terry Catherine Frank
Kaufman & Canoles PC (Richmond)
1021 E Cary St Suite 1400
Two James Center
Richmond, VA 23219
Telephone: 804-771-5745
Facsimile: 804-771-5777
Email: tcfrank@kaufcan.com
*Counsel for Wells Fargo Bank, National Association*

/s/ David N. Anthony
David N. Anthony
Virginia Bar No. 31696
*Counsel for Defendant Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

20372427v1

4